Malcolm MUHAMMAD,
Plaintiff–Appellant,

and

Eric L. Reid, Plaintiff,

v.

Chaplain JACKSON, Defendant–
Appellee,

and

Eddie Pearson, individually and official capacity; R. Wallace, individually and official capacity; Wendy S. Hobbs, individually and official capacity, Defendants.

No. 15–7294.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 25, 2016.

Malcolm Muhammad, Appellant pro se. Nancy Hull Davidson, Assistant Attorney General, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Reid,* No. 1:13–cv–00339–LO–TCB (E.D.Va. Apr. 24 & July 31, 2013; Aug. 22, 2014; June 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*